AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

ADRIENNE GALLUSSER and LYDIA SMITH,
Each Individually and on Behalf
of All Other Similarly Situated

*Plaintiff(s)*

v.

THE SILLY AXE CAFE, LLC,
and ANGELA PIKE

*Defendant(s)*

Civil Action No. 3:22-cv- 675-RGJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE SILLY AXE CAFE, LLC
c/o Tracy Pike
1912 Wrocklage Avenue
Louisville, Kentucky 40205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anne L. Gilday, Esq.
The Lawrence Firm, PSC
535 Madison Ave., Suite 500
Covington, Kentucky 41011
Tel: (859) 578-9130
Fax: (859) 578-1032

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: December 20, 2022

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:22-CV-00675-RGJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for    **The Silly Axe Cafe, LLC**
was recieved by me on  **5/19/2023**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **TRACY PIKE**, who is designated by law to accept service of process on behalf of **The Silly Axe Cafe, LLC** at **1912 Wrocklage Avenue, Louisville, KY 40205** on **05/19/2023 at 7:53 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 171.50** for services, for a total of **$ 171.50**.

I declare under penalty of perjury that this information is true.

Date:   05/19/2023

*Server's signature*

**Christopher Lawson**
*Printed name and title*

**10500 Monteray Pl Cir
Apt 7
Louisville, KY 40272**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to TRACY PIKE, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 120-140 lbs.**





Tracking #: **0106938084**