UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ADRIENE GALLUSSER, ET AL.                                                           Plaintiffs

v.                                                                      Civil Action No. 3:22Cv-675-RGJ

THE SILLY AXE CAFE, LLC, ET AL.                                                Defendants

* * * * *

## ORDER

This case was filed on December 20, 2022.  Summonses were issued on December 20, 2022.  The docket reflects no action by the Plaintiff since returns of service on May 22, 2023.

Accordingly, **IT IS ORDERED** that Plaintiff shall have fourteen (14) days to **SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute.

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:    Counsel

July 28, 2023