IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH**, Each Individually and on Behalf of All Others Similarly Situated                                    **PLAINTIFFS**

vs.                                             No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFE, LLC, and ANGELA PIKE**                                             **DEFENDANTS**

## RESPONSE TO SHOW CAUSE ORDER

Plaintiffs Adrienne Gallusser and Lydia Smith (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through undersigned counsel, for their Response to Show Cause Order – ECF No. 13, state and allege as follows:

1. On February 22, 2023, Defendant The Silly Axe Cafe, LLC, filed for voluntary Chapter 11 bankruptcy in the United States Bankruptcy Court for the Western District of Kentucky, Case No. 23-20268, the filing of which created an automatic stay against the debtor. *See* 11 U.S.C. § 362.

2. Defendant Angela Pike has not filed for bankruptcy and Chapter 11 does not create a stay as Defendant Angela Pike as codebtor. *See* 11 U.S.C. § 1301.

3. On June 20, 2023, counsel for Plaintiff received an email from Defendant The Silly Axe Cafe, LLC's, bankruptcy counsel challenging the validity of service on Defendant Angela Pike, disputing that Plaintiffs' claims extend to Defendant Angela Pike

in her individual capacity, and requesting no action be taken against either Defendant until they could discuss this matter with Defendant Angela Pike.

4. To date, Plaintiffs' counsel has been courtesy of Defendants' request but has received no further correspondence from The Silly Axe Cafe, LLC's, bankruptcy counsel and is not aware of any action taken by Angela Pike to answer or otherwise respond to Plaintiffs' complaint.

5. Plaintiffs acknowledge that this matter should be stayed with respect to Defendant The Silly Axe Cafe, LLC, during the pendency of the bankruptcy, but dispute that this matter should be stayed with respect to Defendant Angela Pike or that Angela Pike is not liable in her individual capacity. Plaintiffs also dispute that the service affected on Defendant Angela Pike on May 22, 2023, was ineffective service.

6. Plaintiffs believe that Defendant Angela Pike is in default. As such, Plaintiffs believe the next step is move for an entry of default. However, in the interest of justice, Plaintiffs believe Defendant Pike should be extended an additional opportunity to answer or otherwise respond to Plaintiffs' Complaint.

WHEREFORE, premises considered, Adrienne Gallusser and Lydia Smith, each individually and on behalf of all others similarly situated, respectfully request that the Court stay this matter as to Defendant The Silly Axe Cafe, LLC, enter an order for Plaintiffs to move for an entry of default as to Defendant Angela Pike within 21 days, or, alternatively, direct Plaintiffs to serve upon Defendants' counsel an order to answer or otherwise respond within 21 days of service.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFF*
*Admitted Pro Hac Vice*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

*LOCAL COUNSEL FOR PLAINTIFF*