UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ADRIENNE GALLUSSER AND LYDIA                                    Plaintiffs
SMITH, EACH INDIVIDUALLY AND ON
BEHALF OF ALL OTHER SIMILARLY
SITUATED

v.                                          Civil Action No. 3:22-cv-675-RGJ

THE SILLY AXE CAFE, LLC AND                                    Defendant
ANGELA PIKE

* * * * *

## ORDER

Upon review of the Plaintiffs' response to the Court's show cause order [DE 14], this civil proceeding against the defendant The Silly Axe Cafe, LLC, is automatically stayed pursuant to 11 U.S.C. § 362 as a result of The Silly Axe Cafe, LLC's filing for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Western District of Kentucky, Case No. 23-20268. But the Court has been presented with no information to suggest that the stay applies to Defendant Angela Pike and the stay generally may not be invoked by entities other than the debtor. *Lynch v. Johns-Manville Sales Corp.*, 710 F.2d 1194, 1196 (6th Cir. 1983) (An automatic stay of a proceeding could not be invoked by codefendants in a products liability action with a similar legal or factual nexus to the Chapter 11 debtor.); 11 U.S.C. § 362. The Court being otherwise sufficiently advised, **ORDERS** as follows:

1. This matter is **STAYED** as to Defendant The Silly Axe Cafe, LLC, pursuant to 11 U.S.C. § 362,

2.   Defendant The Silly Axe Cafe, LLC **shall notify the Court within 20 days** when the action in the United States Bankruptcy Court for the Western District of Kentucky resolves;

3.   Plaintiffs' shall serve a copy of this order upon counsel for Defendant The Silly Axe Cafe, LLC, and Defendant Angela Pike;

4.   Defendant Angela Pike shall answer or otherwise respond **within 21 days of being served with this order** as set forth above;

5.   In the event Defendant Angela Pike does not respond within the time allowed, Plaintiffs shall, within 21 days, for an entry of default under Fed. R. Civ. P. 55, as to Defendant Angela Pike.

Rebecca Grady Jennings, District Judge
United States District Court

August 15, 2023

2