AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **3:22-CV-00675-RGJ**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Michael W McClain - Goldberg Simpson LLC**
was recieved by me on  **8/21/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Michael W McClain**, who is designated by law to accept service of process on behalf of **Michael W McClain - Goldberg Simpson LLC** at **9301 Dayflower Street, Prospect, KY 40059** on **08/21/2023 at 4:29 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 129.00** for services, for a total of **$ 129.00**.

I declare under penalty of perjury that this information is true.

Date:   08/21/2023

*Server's signature*

**Christopher Lawson**
*Printed name and title*

**10500 Monteray Pl Cir
Apt 7
Louisville, KY 40272**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Michael W McClain who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**





Tracking #: **0112645997**