IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFFS** |
| vs. | No. 3:22-cv-675-RGJ |
| **THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE** | **DEFENDANTS** |

### JOINT REPORT OF THE PARTIES' PLANNING MEETING

Plaintiffs Adrienne Gallusser and Lydia Smith, each individually and on behalf of all others similarly situated, and Defendant Angela Pike, by counsel, for their Joint Report of Parties' Rule 26(f) Planning Meeting, state as follows:

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), the parties conferred regarding a proposed discovery plan on February 2, 2023. The participants were:

    (a)  Sean Short for the Plaintiff.

    (b)  Michael W. McClain for Defendants.

2. **Initial Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before November 22, 2023.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    (a)  Discovery will be needed on all aspects of Plaintiff's Complaint and Defendant's defenses.

Page 1 of 5
Adrienne Gallusser, et al v. The Silly Axe Café, LLC, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Report of the Parties' Planning Meeting

    (b)    All discovery shall be commenced in time to be completed by June 24, 2024.  Trial depositions shall be completed 30 days before trial.

    (c)    Reports from retained experts under Rule 26(a)(2) due:

        (i)    From Plaintiff by April 23, 2024.

        (ii)    From Defendant by May 23, 2024.

    (d)    Rule 26(e) supplementations are due no later than 30 days after the party becomes aware of the need for supplementation.  Final supplementation shall be due on or before June 24, 2024.

4.    Other items:

    (a)    The parties will follow the Federal Rules of Civil Procedure with respect to discovery requests and depositions.

    (b)    Electronically-stored information will be disclosed in physical format unless it is impossible to do so without compromising the information (*e.g.*, if the file cannot be converted to a PDF or the data cannot be printed to a hard copy). If either party believes, after reviewing any electronically-stored information that is produced in physical format, that it is necessary to review the data in native format, the parties agree that they will discuss whether a supplemental production in native format is warranted.  If the parties fail to agree, the requesting party may seek relief from the Court as with any other discovery matter.

    (c)    The parties shall have until January 22, 2024, to join additional parties and amend the pleadings.

    (d)    The parties believe that alternative dispute resolution may be appropriate after some discovery has been completed.

Page 2 of 5
Adrienne Gallusser, et al v. The Silly Axe Café, LLC, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Report of the Parties' Planning Meeting

  (e) All potentially dispositive motions should be filed by July 26, 2024.

  (f) The parties state that this matter will be ready for a final pretrial conference in November of 2024.

  (g) The parties propose that the final date for submission of Rule 26(a)(3) witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists will be filed no later than 14 days before the final pretrial conference.

  (h) The parties propose that the deadline for filing objections under Rule 26(a)(3) will be filed no later than seven days before the final pretrial conference.

  (i) The parties anticipate that this matter will be ready for trial by December of 2024 if, by 30 days prior to that date, the Court has ruled on any dispositive motions filed by the above-proposed dispositive motion deadline.  It is anticipated that the trial of this matter will take approximately 1-2 business days.

  (j) The parties agree to the following regarding claims of privilege or of protection as trial-preparation material asserted after production: If any party inadvertently produces information that is privileged or otherwise protected from discovery, that party shall promptly notify all other parties upon learning of the production and identify the inadvertently produced document(s). Upon receiving such notice, all parties agree not to conduct any further review of the document(s) identified and will destroy all copies of the document (or return them to the producing party). If any party receives a document that appears to contain privileged or otherwise protected information, that party shall promptly notify the

Page 3 of 5
Adrienne Gallusser, et al v. The Silly Axe Café, LLC, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Report of the Parties' Planning Meeting

producing party, and the producing party may undertake the foregoing steps to address the production if the document was inadvertently produced. The parties agree that inadvertent productions of privileged or protected documents shall not constitute a waiver of any applicable privilege or protection, but each party reserves the right to challenge any designations of privilege or other protection in the manner generally allowed by law to make such challenges.

(k)     The parties do not request to meet with the Court prior to the entry of a scheduling order.

(l)     At this time, both parties do not consent to this action being referred to a United States Magistrate Judge for trial, pursuant to 28 U.S.C. 636(c).

**Page 4 of 5**
**Adrienne Gallusser, et al v. The Silly Axe Café, LLC, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Report of the Parties' Planning Meeting**

Respectfully submitted,

| | |
|---|---|
| */s/ Sean Short* | */s/ Michael W. McClain (w/permission)* |
| Sean Short | Michael W. McClain |
| Ark. Bar No. 2015079 | GOLDBERG SIMPSON, LLC |
| Admitted *Pro Hac Vice* | Norton Commons |
| SANFORD LAW FIRM, PLLC | 9301 Dayflower Street |
| 10800 Financial Centre Pkwy, Suite 510 | Prospect, Kentucky 40059 |
| Little Rock, Arkansas 72211 | Telephone: (502) 589-4440 |
| Telephone: (800) 615-4946 | Facsimile: (502) 410-0528 |
| Facsimile: (888) 787-2040 | mmcclain@goldbergsimpson.com |
| sean@sanfordlawfirm.com | *Counsel for Defendant Angela Pike* |
| *Lead Counsel for Plaintiffs* | |

and

Anne L. Gilday
THE LAWRENCE FIRM, PSC
535 Madison Ave., Suite 500
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com
*Local Counsel for Plaintiffs*

Page 5 of 5
Adrienne Gallusser, et al v. The Silly Axe Café, LLC, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Report of the Parties' Planning Meeting