IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**                      **PLAINTIFF**
**SMITH, Each Individually and on**
**Behalf of All Others Similarly Situated**

v.                             No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**
**and ANGELA PIKE**                                                  **DEFENDANTS**

## DEFENDANT'S RULE 26(a)(1) DISCLOSURES

COMES NOW the Defendant, Angela Pike, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1) and the Joint Report of the Parties Planning Meeting (Docket Entry No. 20), and for her required disclosures state the following:

### Witnesses

i.     Adrienne Gallusser
       5112 Reed Avenue
       Louisville, KY 40214

ii.     Lydia Smith
       4004 Gardiner Point, Apt 338
       Louisville, KY 40213

iii.     Angela Pike (contact through counsel only)
       1912 Wrocklage Avenue
       Louisville, KY 40205

iv.     Tracy Pike
       1912 Wrocklage Avenue
       Louisville, KY 40205

v.     Conner Pike (contact through counsel only)
       1912 Wrocklage Avenue
       Louisville, KY 40205
       (512) 386-7831

2

vi. Jimmy Robinett (contact through counsel only)

vii. Mary Hicks
1204 Bardstown Road, #107
Louisville, KY 40204

viii. Miranda Webb
11107 Jefferson Trace Blvd
Louisville, KY 40291
(502) 744-7112

ix. Chris Berrone
(502) 551-0053

x. Kirk Berrone
2300 Dundee Road, Unit 1
Louisville, KY 40205
(502) 341-4733

xi. Daylon Mayer (contact through counsel only)
(502) 819-4428

xii. Benny Ruiz
211 Alcott Road
Louisville, KY 40214
(502) 648-6865

xiii. Jewel Pike (contact through counsel only)
1912 Wrocklage Avenue
Louisville, KY 40205

xiv. Austin Pike (contact through counsel only)
1912 Wrocklage Avenue
Louisville, KY 40205

xv. Alan Hincks
(502) 643-1364

xvi. Lakita Young
(502) 309-1319

xvii. Aleric Nez (contact through counsel only)
(270) 766-1135

xvii. Tracy Murray (contact through counsel only)
(502) 572-9102

Defendant reserves the right to supplement this disclosure upon receipt of additional information.

        Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
J.W. Hall
GOLDBERG SIMPSON, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
Main:  502.589.4440; Direct:  502.585.8561
Fax:  502.410.0528
mmcclain@goldbergsimpson.com
jhall@goldbergsimpson.com
*Counsel for Defendant, Angela Pike*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record, on this the 22nd of November, 2023 to:

Anne L. Gilday
The Lawrence Firm, PSC
535 Madison Ave., Suite 500
Covington, KY  41011
anne.gilday@lawrencefirm.com
*Local Counsel for Plaintiffs*

Sean Short
Sanford Law Firm, LLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiffs*

/s/ Michael W. McClain_____
*Counsel for Defendant, Angela Pike*