IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

**ADRIENNE GALLUSSER and LYDIA**                    **PLAINTIFF**
**SMITH, Each Individually and on**
**Behalf of All Others Similarly Situated**


v.                              No. 3:22-cv-675-RGJ


**THE SILLY AXE CAFÉ, LLC,**
**and ANGELA PIKE**                                    **DEFENDANTS**


**<u>DEFENDANT'S MOTION TO STRIKE</u>**
**<u>IT'S RULE 26(a)(1) DISCLOSURES FROM THE RECORD</u>**

COMES NOW the Defendant, Angela Pike, by counsel, and respectfully moves the

Court to strike from the record the Defendant's Rule 26(a)(1) Disclosures filed with this

Court on November 22, 2023 (Docket Entry No. 22), due to said disclosures containing

information subject to Fed. R. Civ. P. 5.2(a) that was just discovered.  Defendant will re-

serve amended disclosures to counsel of record only.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
J.W. Hall
GOLDBERG SIMPSON, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
Main:  502.589.4440; Direct:  502.585.8561
Fax:  502.410.0528
mmcclain@goldbergsimpson.com
jhall@goldbergsimpson.com
*Counsel for Defendant, Angela Pike*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record, on this January 25, 2024, to:

Anne L. Gilday
The Lawrence Firm, PSC
535 Madison Ave., Suite 500
Covington, KY  41011
anne.gilday@lawrencefirm.com
*Local Counsel for Plaintiffs*

Sean Short
Sanford Law Firm, LLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiffs*

/s/ Michael W. McClain
*Counsel for Defendant, Angela Pike*

2