IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

**ADRIENNE GALLUSSER and LYDIA**     **PLAINTIFF**
**SMITH, Each Individually and on**
**Behalf of All Others Similarly Situated**

v.     No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**
**and ANGELA PIKE**     **DEFENDANTS**

## ORDER

Upon the Motion to Strike by Defendant, Angela Pike, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Clerk is directed to strike the Defendant's Rule 26(a)(1) Disclosures (Docket Entry No. 22) from the record.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

January 29, 2024

TENDERED BY:

/s/ Michael W. McClain
Michael W. McClain
J.W. Hall
GOLDBERG SIMPSON, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
Main: 502.589.4440; Direct: 502.585.8561
Fax: 502.410.0528
mmcclain@goldbergsimpson.com
jhall@goldbergsimpson.com
*Counsel for Defendant, Angela Pike*