IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated**                                      **PLAINTIFF**

v.                                                                                            Case No. No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,
and ANGELA PIKE**                                                                  **DEFENDANTS**

### NOTICE OF WITHDRAWAL OF APPEARANCE BY GOLDBERG SIMPSON, LLC, AND NOTICE OF CHANGE OF LAW FIRM AFFILIATION BY MICHAEL W. MCCLAIN

Pursuant to LR 83.6(b), the undersigned hereby gives notice to the Court and all parties that the law firm of Goldberg Simpson, LLC and J.W. Hall are withdrawing as counsel of record for Defendants, The Silly Axe Café, LLC and Angela Pike, and the Defendants have been notified of Goldberg Simpson, LLC's and J.W. Hall's withdrawals. Pursuant to LR 83.6(d) Michael W. McClain provides notice that he will remain as counsel of record for the Defendants under the firm McClain Law Group, PLLC. All notices, pleadings, and other papers required or permitted to be served or filed herein should henceforth be directed to counsel at the following address:

Michael W. McClain
McClain Law Group, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, KY 40207
Phone: (502) 589-1004
Fax: (888) 210-0145
mmcclain@mcclainlawgroup.com

The law firm of Goldberg Simpson, LLC and the email addresses mmcclain@goldbergsimpson.com, jhall@goldbergsimpson.com, mnowell@goldbergsimpson.com and llibich@goldbergsimpson.com request to be removed from all lists of persons to receive notices and papers in this matter.

    Respectfully submitted,

/s/ Michael W. McClain_____
Michael W. McClain, Esq.
MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, KY 40207
Tel: 502.589-1004; Fax: 888.210.0145
mmcclain@mcclainlawgroup.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record, on this April 18, 2024, as follows:

Anne L. Gilday
The Lawrence Firm, PSC
535 Madison Ave., Suite 500
Covington, KY  41011
anne.gilday@lawrencefirm.com
*Local Counsel for Plaintiffs*

Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
sean@sanfordlawfirm.com
*Lead Counsel for Plaintiffs*

/s/ Michael W. McClain_____
*Counsel for Defendants*