IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated**  **PLAINTIFFS**

vs.  No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**  **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiffs Adrienne Gallusser and Lydia Smith, each individually and on behalf of all others similarly situated, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Scheduling Order, ECF No. 21.

1. Plaintiffs have propounded written discovery and Defendant Angela Pike is currently in the process of responding.

2. Counsel for the Parties have not engaged in meaningful settlement negotiations yet. Plaintiff's counsel anticipates sending a written demand once they have completed their review of Defendant's discovery responses.

3. No settlement conference has been requested, scheduled, or conducted. At this time the Parties believe resolution through direct negotiations is still possible; however, should direct negotiations fail, the Parties are open to considering a settlement conference.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

and     **DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain (w/permission)*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*