## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL

**ADRIENNE GALLUSSER, et al.,**                                                                      **Plaintiffs,**

v.

**THE SILLY AXE CAFE, LLC, et al.,**                                                     **Defendants.**

## ORDER

The undersigned held a telephonic status conference in this matter on May 22, 2024. Participating were the following:

    FOR PLAINTIFFS:        Sean Short

    FOR DEFENDANTS:      None

Given his absence from today's status conference, defense counsel is advised that an order setting a telephonic status conference is an order requiring counsel to appear for that conference, and counsel shall carefully calendar all future conferences in this matter to ensure that none are missed. Additionally, all counsel are cautioned that failure to appear at future conferences may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

Plaintiffs' counsel indicated that the Parties were on track to meet the current deadlines absent any unexpected developments. The Court cautioned that given the approaching trial date, there was little room for adjustment of the current deadlines; the Parties are directed to make all diligent efforts to complete discovery without any delay or requests for an extension. The Court inquired as to the status of settlement negotiations and whether there was any interest in settlement conference. Plaintiffs' counsel indicated that the Parties were not yet in a position to make that

determination. Accordingly, the Court will direct the Parties to file a joint status report as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **June 21, 2024**, the Parties shall file a joint status report regarding their readiness for productive settlement negotiations. While the Parties shall include no specific offers or demands in their report, they shall indicate whether they believe they will be able to resolve this matter through private negotiations, whether they intend to schedule a private mediation, or whether they request either a settlement conference or *ex parte* calls regarding settlement with the undersigned.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

0|10    May 22, 2024

2