UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:22-CV-00675-RGJ-CHL

ADRIENNE GALLUSSER, et al.,                                                          Plaintiffs,

v.

THE SILLY AXE CAFE, LLC, et al.,                                                    Defendants.

## ORDER

In its May 23, 2024, order, the Court ordered that Parties to file a joint status report regarding their readiness for productive settlement negotiations on or before June 21, 2024. (DN 29.)   They did not do so as directed.

Accordingly,

IT IS HEREBY ORDERED that on or before **July 31, 2024**, the Parties shall file a joint status report regarding their readiness for productive settlement negotiations.  While the Parties shall include no specific offers or demands in their report, they shall indicate whether they believe they will be able to resolve this matter through private negotiations, whether they intend to schedule a private mediation, or whether they request either a settlement conference or *ex parte* calls regarding settlement with the undersigned.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

July 24, 2024