IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**  **PLAINTIFFS**
**SMITH, Each Individually and on**
**Behalf of all Others Similarly Situated**

vs.  No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**  **DEFENDANTS**
**and ANGELA PIKE**

## JOINT STATUS REPORT

Plaintiffs Adrienne Gallusser and Lydia Smith, each individually and on behalf of all others similarly situated, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Order, ECF No. 30.

1. The Parties still believe that resolution through private negotiations is feasible at this time.

2. The Parties do not believe they are yet at an impasse such that a private mediation or settlement conference is necessary for moving settlement negotiations forward.

3. The Parties will confer and file another joint status report within 45 days as to the status of settlement negotiations and whether or not a settlement conference or *ex parte* calls would be beneficial.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

and  **DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain (w/permission)*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*