## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL

**ADRIENNE GALLUSSER, et al.,**                                            **Plaintiffs,**

**v.**

**THE SILLY AXE CAFE, LLC, et al.,**                                    **Defendants.**

## **ORDER**

Before the Court is the Parties' Joint Status Report. (DN 31.) The Parties reported that they believe resolution through private negotiations is feasible in this matter and requested leave to file an additional status report in forty-five days.

Accordingly,

IT IS HEREBY ORDERED that on or before **September 16, 2024**, the Parties shall file a joint status report regarding their settlement negotiations. While the Parties shall include no specific offers or demands in their report, they shall indicate whether they believe they will be able to resolve this matter through private negotiations, whether they intend to schedule a private mediation, or whether they request either a settlement conference or *ex parte* calls regarding settlement with the undersigned.

*[Signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

August 2, 2024