**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL**

**ADRIENNE GALLUSSER, et al.,**                                                         **Plaintiffs,**

**v.**

**THE SILLY AXE CAFE, LLC, et al.,**                                                   **Defendants.**

**ORDER**

Before the Court is the Joint Status Report filed by the Parties ("Report"). (DN 33.) The Parties filed the Report on September 16, 2024, in accordance with an order issued by the undersigned directing the parties to file a joint status report regarding their settlement negotiations. (DN 32.) As the Parties are still attempting to resolve this matter through private negotiations, the undersigned will instruct the Parties to file another joint status report regarding their progress in private negotiations.

Accordingly,

IT IS HEREBY ORDERED that on or before **November 22, 2024**, the Parties shall file a joint status report regarding their progress in private settlement negotiations.

September 23, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record