UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL

**ADRIENNE GALLUSSER, et al.,**            **Plaintiffs,**

v.

**THE SILLY AXE CAFE, LLC, et al.,**            **Defendants.**

## ORDER

Before the Court is the Joint Status Report filed by the Parties. (DN 35.) The Parties assert that they are still engaging in direct negotiations to resolve this matter through settlement. As such, the Parties do not believe that private mediation or a settlement conference is necessary.

The Parties have a Pre-Trial Conference set for January 14, 2025. (DN 21.) The Parties also have a Trial set for February 18, 2025. (*Id.*) Given these impending deadlines, the undersigned will instruct the Parties to schedule *ex parte* calls with chambers to advise the Court as to their progress in settlement.

Accordingly,

IT IS HEREBY ORDERED that on or before **December 13, 2024**, the Parties shall e-mail the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov, copying all counsel of record, to schedule *ex parte* calls with the undersigned. The Parties shall ensure that all *ex parte* calls are scheduled for a date on or before **December 23, 2024**.

December 4, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record