UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL

**ADRIENNE GALLUSSER, et al.,**                                                                 **Plaintiffs,**

v.

**THE SILLY AXE CAFE, LLC, et al.,**                                                             **Defendants.**

## ORDER

On December 19, 2024, the undersigned conducted *ex parte* calls with the following counsel:

Plaintiff:      Sean Short

Defendant:   Michael W. McClain

Based on the *ex parte* calls, the undersigned will instruct the Parties to jointly email chambers regarding their progress in resolving this matter through mediation.

Accordingly,

IT IS HEREBY ORDERED that on or before **January 3, 2025**, counsel for the Parties shall jointly email chambers at Chambers_Lindsay@kywd.uscourts.gov regarding their progress in resolving this matter through mediation. The Parties shall include any offers and demands made by either Party.

December 19, 2024

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record