IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated**     **PLAINTIFFS**

vs.                             No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**     **DEFENDANTS**

## PLAINTIFFS' WITNESS LIST

Plaintiffs Adrienne Gallusser and Lydia Smith, by and through their attorney Sean Short of Sanford Law Firm, PLLC, and pursuant to the Court's Scheduling Order (ECF No. 21), submits the following list of witnesses that may be called at the trial of this matter:

1. Plaintiff Adrienne Gallusser, who may be contacted only through counsel. Plaintiff Gallusser is expected to testify about her employment with Defendants, including dates of employment, job duties, hours worked, and Defendants' pay practices.

2. Plaintiff Lydia Smith, who may be contacted only through counsel. Plaintiff Smith is expected to testify about her employment with Defendants, including dates of employment, job duties, hours worked, and Defendants' pay practices.

3. Defendant Angela Pike. Defendant Pike is expected to testify about her role and responsibilities as owner of The Silly Axe Café and Defendants' employment policies and practices regarding tipped employees, timekeeping, wages, and overtime.

4. Plaintiffs reserve the right to call any corporate representative of Defendants present in the courtroom.

5. Plaintiffs reserve the right to call any and all witnesses identified by or called by Defendants at any point in this case.

6. Plaintiffs reserve the right to call any and all witnesses in the courtroom attending the trial at the request of, or on behalf of, Defendants.

        Respectfully submitted,

        **ADRIENNE GALLUSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Sean Short*
        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        *Lead Counsel for Plaintiffs*

        **THE LAWRENCE FIRM, PSC**

        Anne L. Gilday
        606 Philadelphia Street
        Covington, Kentucky 41011
        Telephone: (859) 578-9130
        Facsimile: (859) 578-1032
        anne.gilday@lawrencefirm.com