IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**              **PLAINTIFFS**
**SMITH, Each Individually and on**
**Behalf of all Others Similarly Situated**

vs.              No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**              **DEFENDANTS**
**and ANGELA PIKE**

## PLAINTIFFS' EXHIBIT LIST

Plaintiffs Adrienne Gallusser and Lydia Smith, by and through their attorney Sean Short of Sanford Law Firm, PLLC, and pursuant to the Court's Scheduling Order (ECF No. 21), submits the following list of exhibits that may be presented at trial:

1. Plaintiffs expect to offer:

    A. Text message between Adrienne Gallusser and Angela Pike;

    B. Pay stubs for Adrienne Gallusser; and

    C. Pay stubs for Lydia Smith.

2. Plaintiffs may offer the following exhibits:

    A. Any filed document of record by Defendants in this case;

    B. Any filed document of record by Plaintiffs in this case;

    C. Any and all documents exchanged by the Parties in this case; and

    D. All exhibits listed in Defendants' Pretrial Disclosures.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com