**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:22-CV-00675-RGJ-CHL**

**ADRIENNE GALLUSSER, et al.,**                                                          **Plaintiffs,**

**v.**

**THE SILLY AXE CAFE, LLC, et al.,**                                                   **Defendants.**

## ORDER

On January 3, 2025, counsel for the Parties advised the Court via email as to the Parties' progress in resolving this case through settlement.  Given the Parties' current progress in resolving this case through settlement, the Court will instruct the Parties to provide an additional update to the Court via email as to their settlement negotiations.

Given that the Parties and their counsel are required to attend an in-person pre-trial conference on January 14, 2025, at 2:30 p.m., the Court will also instruct counsel for the Parties to attend an in-person status conference with their clients and/or representatives on the same day at 1:00 p.m. before the undersigned.  Parties shall be prepared to discuss their progress in settlement negotiations.

Accordingly,

IT IS HEREBY ORDERED that:

(1)     On or before **January 10, 2025**, the Parties shall jointly e-mail chambers at Chambers_Lindsay@kywd.uscourts.gov regarding their progress in settling this matter. The Parties shall include any offers and demands made by either Party.

(2) This matter is set for an in-person status conference on **January 14, 2025, at 1:00 p.m.** at **Gene Snyder United States Courthouse on 601 W. Broadway in Louisville, KY 40202-2227**, before the undersigned.

January 7, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record