IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated**                                **PLAINTIFFS**

vs.                          No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFE, LLC, and ANGELA PIKE**                                **DEFENDANTS**

## NOTICE OF PRO HAC VICE RENEWAL PAYMENT

Plaintiffs Adrienne Gallusser and Lydia Smith (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through undersigned counsel, for their Notice of *Pro Hac Vice* Renewal Payment, state and allege as follows:

1. Pursuant to ECF No. 44, Sean Short, lead counsel for Plaintiffs, has paid his *pro hac vice* renewal fee of $150.00 contemporaneously with the filing of this Notice.

2. Mr. Short is not admitted *pro hac vice* in any other matters in the Western District of Kentucky.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, LLC, et al.
U.S.D.C. (W.D. Ky.) Case No. 3:22-cv-675-RGJ
Notice of Pro Hac vice Renewal Payment

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFFS*

**Page 2 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, LLC, et al.**
**U.S.D.C. (W.D. Ky.) Case No. 3:22-cv-675-RGJ**
**Notice of Pro Hac vice Renewal Payment**