IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated**                                **PLAINTIFFS**

vs.                                    No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**                                **DEFENDANTS**

### NOTICE OF FILING OF PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

On February 27, 2025, the Parties filed a Joint Motion for Extension of Time to File Dismissal Papers. ECF No. 47. However, the Parties Joint Motion did not include a Proposed Order as required by Local Rule 7.1(e). Attached as Exhibit 1 to this Notice of Filing is a Proposed Order Granting Joint Motion for Extension of Time to File Dismissal Papers.

**Page 1 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Notice of Filing of Proposed Order Granting**
**Joint Motion for Extension of Time to File Dismissal Papers**

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

Page 2 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Notice of Filing of Proposed Order Granting
Joint Motion for Extension of Time to File Dismissal Papers