IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH**, Each Individually and on Behalf of all Others Similarly Situated                                         **PLAINTIFFS**

vs.                                                      No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**                                         **DEFENDANTS**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Adrienne Gallusser and Lydia Smith, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their undersigned attorneys, for their Joint Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1. On January 9, 2025, the Parties informed the Court that they had reached a settlement in principle to fully resolve Plaintiffs' claims in this lawsuit. ECF No. 42.

2. On January 13, 2025, the Court entered an Order dismissing the case without prejudice and ordering the Parties to tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of the Order. ECF No. 45.

3. Since that time, the Parties have remained engaged in efforts to finalize the settlement terms.

4. Plaintiff has provided Defendant with a draft of the settlement agreement, and the Parties are currently working to negotiate and finalize the details, specifically the payment terms.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers

5.  Although meaningful progress has been made, a few issues remain outstanding and require additional discussion.

6.  A brief extension will allow the Parties to complete the settlement process and file the appropriate dismissal documents with the Court.

7.  Accordingly, the Parties respectfully request a thirty (30) day extension to finalize and execute the settlement agreement and submit the required dismissal papers, up to and including May 28, 2025.

8.  This extension is sought in good faith for the purpose of efficiently resolving the case and not for delay.

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their dismissal papers for an additional thirty (30) days to May 28, 2025.

    Respectfully submitted,

    **ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    Facsimile: (888) 787-2040

    */s/ Sean Short*
    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    *Lead Counsel for Plaintiffs*

    **THE LAWRENCE FIRM, PSC**

Page 2 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers

        Anne L. Gilday
        606 Philadelphia Street
        Covington, Kentucky 41011
        Telephone: (859) 578-9130
        Facsimile: (859) 578-1032
        anne.gilday@lawrencefirm.com

**and**   **DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

        MCCLAIN LAW GROUP, PLLC
        6008 Brownsboro Park Blvd., Ste. G
        Louisville, Kentucky 40207
        Telephone: (502) 589-1004
        Facsimile: (888) 210-0145

        */s/ Michael W. McClain*
        Michael W. McClain
        mmcclain@mcclainlawgroup.com

        *Counsel for Defendants*

**Page 3 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**