IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**                                         **PLAINTIFFS**
**SMITH, Each Individually and on**
**Behalf of all Others Similarly Situated**

vs.                                        No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**                                         **DEFENDANTS**
**and ANGELA PIKE**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Adrienne Gallusser and Lydia Smith, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their undersigned attorneys, for their Joint Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1.      On January 9, 2025, the Parties informed the Court that they had reached a settlement in principle to fully resolve Plaintiffs' claims in this lawsuit. ECF No. 42.

2.      On January 13, 2025, the Court entered an Order dismissing the case without prejudice and ordering the Parties to tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of the Order. ECF No. 45.

3.      Plaintiff has provided Defendant with a draft of the settlement agreement, and the Parties are currently working to negotiate and finalize the details, specifically the payment terms.

4.      Although meaningful progress has been made, a few issues remain outstanding and require additional discussion.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers

5.      A brief extension will allow the Parties to complete the settlement process and file the appropriate dismissal documents with the Court.

6.      Accordingly, the Parties respectfully request a thirty (30) day extension to finalize and execute the settlement agreement and submit the required dismissal papers, up to and including June 27, 2025.

7.      This extension is sought in good faith for the purpose of efficiently resolving the case and not for delay.

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their dismissal papers for an additional thirty (30) days to June 27, 2025.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011

Page 2 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers

Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

**and    DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*

Page 3 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers