IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated**     **PLAINTIFFS**

vs.     No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**     **DEFENDANTS**

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Adrienne Gallusser and Lydia Smith, by and through their undersigned attorney, for their Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1. The Parties have reached a settlement in principle but are still in the process of finalizing the settlement agreement.

2. Although progress has been made, additional time is needed to resolve remaining issues and complete the settlement paperwork.

3. A brief extension will allow the Parties to complete the settlement process and file the appropriate dismissal documents with the Court.

4. Accordingly, the Plaintiffs respectfully request a thirty (30) day extension to finalize and execute the settlement agreement and submit the required dismissal papers, up to and including August 27, 2025.

5. This extension is sought in good faith for the purpose of efficiently resolving the case and not for delay.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Plaintiffs' Motion for Extension of Time to File Dismissal Papers

6. Plaintiffs' counsel attempted to confer with Defendants' counsel regarding this motion but was unable to reach him to ascertain Defendants' position.

WHEREFORE, premises considered, the Plaintiffs pray that this Court extend the deadline for the Parties to file their dismissal papers for an additional thirty (30) days to August 27, 2025.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ Sean Short
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

Page 2 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Plaintiffs' Motion for Extension of Time to File Dismissal Papers