IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH**, Each Individually and on Behalf of all Others Similarly Situated                **PLAINTIFFS**

vs.                                No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**                                **DEFENDANTS**

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

NOW on the date set forth below, upon the Plaintiffs' Motion for Extension of Time to File Dismissal Papers, this Court orders as follows:

1. The Motion for Extension of Time to File Dismissal Papers is hereby GRANTED.

2. The deadline for the Parties to tender an agreed order dismissing this case with prejudice is hereby extended until August 27, 2025.

3. The Court will entertain a motion to redocket this action upon application to this Court within thirty (30) days from entry of this Order if the settlement is not consummated.

**IT IS SO ORDERED.**

July 30, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Page 1 of 1
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Order Granting Plaintiffs' Motion for Extension
of Time to File Dismissal Papers