IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**                   **PLAINTIFFS**
**SMITH, Each Individually and on**
**Behalf of all Others Similarly Situated**

vs.                          No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**                         **DEFENDANTS**
**and ANGELA PIKE**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Adrienne Gallusser and Lydia Smith, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their undersigned attorneys, for their Joint Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1.    The Parties have reached an agreement in principle to resolve this matter but have not yet been able to finalize the written settlement documentation.

2.    Although the total settlement amount has been agreed upon, the Parties are continuing to confer regarding the payment schedule and related terms.

3.    A brief extension will provide the Parties with the necessary time to complete these final steps and submit dismissal paperwork to the Court.

4.    Accordingly, the Parties respectfully request a sixty (60) day extension to finalize and execute the settlement agreement and submit the required dismissal papers, up to and including January 23, 2026.

5.    This extension is sought in good faith for the purpose of efficiently resolving the case and not for delay.

**Page 1 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**

WHEREFORE, premises considered, the Parties pray that this Court extend the deadline for the Parties to file their dismissal papers for an additional sixty (60) days to January 23, 2026.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

**and    DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain*

**Page 2 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**

Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*

**Page 3 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**