IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated**                                                          **PLAINTIFFS**

vs.                                         No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**                                                                             **DEFENDANTS**

### **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS**

Plaintiffs Adrienne Gallusser and Lydia Smith, by and through their undersigned attorney, for their Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1. The Parties have reached an agreement in principle to resolve this matter and are working towards finalizing the settlement.

2. Although the total settlement amount has been agreed upon, the Parties are continuing to confer regarding additional material terms necessary to reduce the agreement to writing. the payment schedule and related terms.

3. The requested extension will allow the Parties sufficient time to complete the settlement documentation, coordinate execution, and submit the appropriate dismissal papers to the Court.

4. Accordingly, the Plaintiffs respectfully request a sixty (60) day extension of time, through and including March 24, 2026, to finalize the settlement and file dismissal papers.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Plaintiffs' Motion for Extension of Time to File Dismissal Papers

5.     This request is made in good faith and for the purpose of allowing the Parties to complete the settlement process in an orderly manner, and not for purposes of delay.

6.     Plaintiffs' counsel attempted to confer with Defendants' counsel regarding this motion but was unable to reach him to ascertain Defendants' position.

WHEREFORE, the Plaintiffs respectfully request that the Court extend the deadline to file dismissal papers by sixty (60) days, through March 24, 2026, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

Page 2 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Plaintiffs' Motion for Extension of Time to File Dismissal Papers