IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA**               **PLAINTIFFS**
**SMITH, Each Individually and on**
**Behalf of all Others Similarly Situated**

vs.                         No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC,**                 **DEFENDANTS**
**and ANGELA PIKE**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Plaintiffs Adrienne Gallusser and Lydia Smith, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their undersigned attorneys, for their Joint Motion for Extension of Time to File Dismissal Papers, state and allege as follows:

1.      The Parties have reached a settlement agreement in principle to resolve this matter.

2.      While the total settlement amount has been agreed upon, the Parties are working to finalize certain remaining terms necessary to reduce the agreement to writing, including terms related to the manner and timing of payment.

3.      The requested extension will afford the Parties sufficient time to complete the settlement documentation and submit the appropriate dismissal papers to the Court.

4.      The Parties therefore jointly request a ninety (90) day extension, up to and including June 22, 2026, within which to finalize the settlement documents and file dismissal papers.

Page 1 of 2
Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.
U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ
Joint Motion for Extension of Time to File Dismissal Papers

5.   This motion is made in good faith to allow adequate time to bring the settlement to its conclusion, and not for the purpose of delay.

WHEREFORE, the Parties jointly request that the Court extend the deadline to file dismissal papers by ninety (90) days, through and including June 22, 2026, and for such other relief as the Court deems just and proper.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

**and   DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207

**Page 2 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**

Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*

**Page 3 of 2**
**Adrienne Gallusser, et al. v. The Silly Axe Cafe, et al.**
**U.S.D.C. (W.D. Ky.) No. 3:22-cv-675-RGJ**
**Joint Motion for Extension of Time to File Dismissal Papers**