UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ADRIENNE GALLUSSER and LYDIA
SMITH, *each individually and on
behalf of all others similarly situated*

Plaintiffs

v.

Civil Action No. 3:22-cv-00675-RGJ

THE SILLY AXE CAFÉ, LLC,
and ANGELA PIKE

Defendants

\* \* \* \* \*

## ORDER

Adrienne Gallusser and Lydia Smith ("Plaintiffs"), and The Silly Axe Café, LLC, and Angela Pike ("Defendants"), jointly move for an extension of time to file dismissal papers. [DE 70].

The parties filed a notice of settlement on January 9, 2025. [DE 42]. On January 13, 2025, the Court ordered the parties to "tender an agreed order dismissing this case with prejudice within forty-five (45) days." [DE 45]. The Court has granted ***eleven (11)*** extensions to file the agreed order pursuant to the parties' joint motions. [*See* DE 47; DE 50; DE 52; DE 54; DE 56; DE 58; DE 60; DE 62; DE 64; DE 66; DE 68]. The parties now move for a twelfth extension. [DE 70].

Having considered the motion, the Court is unable to find good cause to grant a further ninety (90) day extension. The only purpose of the requested extension is to "allow the Parties to complete [] remaining details, finalize the settlement documentation, and file the appropriate papers to dismiss this action." [*Id.* at 177]. The Court finds that an extension beyond sixty (60) days would be unwarranted.

1

Additionally, given the procedural history of this case, the parties are admonished that any future requests for extension will be denied. If the parties fail to file the agreed order by the deadline provided in this Order, the case will be referred to the Magistrate for further proceedings.

Accordingly, having considered the motion and otherwise being fully advised, IT IS ORDERED:

1. The Joint Motion for Extension of Time to File Dismissal Papers, [DE 70] is **GRANTED in part and DENIED in part**;

2. The deadline for the Parties to tender an agreed order dismissing this case with prejudice is hereby extended **sixty (60) days** until **August 24, 2026.**

3. If the Parties fail to file the agreed order by that date, they shall move for a status conference with the Magistrate.

Rebecca Grady Jennings, District Judge
United States District Court

June 23, 2026

2