IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated** **PLAINTIFFS**

vs. No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE** **DEFENDANTS**

**JOINT STATUS REPORT AND REQUEST FOR STATUS CONFERENCE**

Plaintiffs Adrienne Gallusser and Lydia Smith, and Defendants The Silly Axe Café, LLC, and Angela Pike, by and through their undersigned attorneys, submit this Joint Status Report and Request for Status Conference in compliance with the Court's June 23, 2026, Order [DN 71], and state as follows:

1. The Parties previously reached a settlement in principle on the material terms necessary to resolve this matter.

2. Although the Parties agreed on the total settlement amount, the structure and timing of payment remained to be finalized. Defense counsel thereafter advised that his client was not in a financial position to proceed under the proposed payment terms.

3. After allowing Defendants additional time to consider the proposed payment terms, Plaintiffs inquired whether Defendants could propose any changes to the agreement that would permit the settlement to be finalized.

4. On August 11, 2026, defense counsel advised that he was unable to provide proposed changes that would permit the agreement to be finalized and that he intended to seek leave to withdraw.

5. Accordingly, the Parties have not finalized a written settlement agreement and cannot tender an agreed order dismissing this action by the August 24, 2026, deadline.

6. The Court's June 23, 2026, Order directs the Parties to move for a status conference with the Magistrate Judge if no agreed dismissal order is filed by August 24, 2026. The Parties therefore jointly request that the Court set a telephonic or Zoom status conference with the Magistrate Judge at the Court's convenience to determine how this matter should proceed.

WHEREFORE, the Parties jointly request that the Court set a telephonic or Zoom status conference with the Magistrate Judge at the Court's convenience, and for such other relief as the Court deems just and proper.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

**and** **DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*