UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Case No. 3:22-cv-00675-RGJ

*Electronically Filed*

ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf Of All Others Similarly Situated — PLAINTIFFS

v.

THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE — DEFENDANTS

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, ANGELA PIKE**

Michael W. McClain and the law firm of McClain Law Group, PLLC, for their motion to withdraw as counsel for Defendant, Angela Pike ("Ms. Pike"), state as follows:

1. The undersigned entered an appearance as counsel for Ms. Pike as an accommodation to her in connection with the then-pending chapter 11 bankruptcy case of The Silly Axe Café, LLC (the "Company").

2. The Company's bankruptcy case ultimately failed.

3. In the course of this litigation, Ms. Pike had earlier agreed in principal to a settlement, but never followed through to consummate the agreement.

4. The undersigned last had contact with Ms. Pike in May 2025 via text message, when it became apparent that Ms. Pike no longer intended to follow through with the settlement.

5. The undersigned has not received any fee from Ms. Pike during the course of this litigation or in the underlying bankruptcy case.

6. The undersigned does not have the ability to continue to serve as counsel in this matter with no contact or cooperation from Ms. Pike, and with no compensation.

7. As a result, the undersigned believes good cause exists to grant this motion to withdraw.

8. Upon information and belief, Ms. Pike's current email address, mailing address and telephone number are as follows: thesillyaxecafe@gmail.com; 1912 Wrocklage Avenue, Louisville, KY 40205; (502) 387-5270.

WHEREFORE, the undersigned respectfully requests the Court to enter the attached Order authorizing the withdrawal of Michael W. McClain and McClain Law Group, PLLC as counsel for the Defendant, Angela Pike, with provisions to afford Ms. Pike a reasonable amount of time to find replacement counsel, and for all other relief to which the undersigned may be entitled.

Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Boulevard, Suite G
Louisville, KY 40207
Phone: (502) 589-1004, ext. 108
Fax: (502) 210-0528
mmcclain@mcclainlawgroup.com
*Counsel for Defendant, Angela Pike*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was filed on October 2, 2026 with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record. It is further certified that a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid and/or via electronic mail, on this 2nd day of October, 2026 on the Defendant, Angela Pike at the mailing address and email address set forth below:

Angela Pike
1921 Wrocklage Avenue
Louisville, KY 40205
thesillyaxecafe@gmail.com

/s/ Michael W. McClain
*Counsel for Defendant, Angela Pike*