UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Case No. 3:22-cv-00675-RGJ

*Electronically Filed*

ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf Of All Others Similarly Situated — PLAINTIFFS

v.

THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE — DEFENDANTS

**ORDER GRANTING MOTION TO WITHDRAW**

This matter is before the Court on the motion of Michael W. McClain and the law firm McClain Law Group, PLLC to withdraw as counsel for Defendant, Angela Pike. The Court, having reviewed the motion, finds that it complies with LR 83.6(a) and that cause exists to grant the motion.

Therefore, the motion is GRANTED, and the Court ORDERS that Michael W. McClain and the law firm McClain Law Group, PLLC are permitted to withdraw as counsel for Defendant, Angela Pike, effective immediately, and

It is further ORDERED that Defendant, Angela Pike, shall have sixty (60) days from the entry of this ORDER to engage replacement counsel, or to represent herself *pro se*.

SO ORDERED this _____ day of October, 2026.