**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL**

**ADRIENNE GALLUSSER, et al.,** **Plaintiffs,**

**v.**

**THE SILLY AXE CAFÉ, LLC, et al.,** **Defendants.**

**ORDER**

The undersigned held a telephonic status conference in this matter on October 2, 2026. Participating were the following:

FOR PLAINTIFF: Sean Short

FOR DEFENDANT: Michael W. McClain

The Court set this conference in accordance with the Parties' August 24, 2026, Joint Status Report requesting to meet with the undersigned magistrate judge. (DN 72.) The Parties indicated that although they previously reached a settlement in principle on the material terms necessary to resolve this matter, they have been unable to finalize a written agreement and cannot tender a proposed agreed order dismissing the action. Defendant's counsel indicated that there was difficulty contacting his client and that he recently filed a motion to withdraw as counsel. (DN 74.) The Court advised that before it made a ruling on Defendant's counsel's motion to withdraw, it would direct the Parties to appear in-person to show cause why this action should not be recommended for dismissal for failure to prosecute.

Accordingly,

IT IS HEREBY ORDERED that on or before **October 13, 2026**, the Parties shall confer and jointly contact the undersigned's Case Manager, Theresa Burch, via e-mail at theresa_burch@kywd.uscourts.gov with dates on which they are available to appear in-person to **SHOW CAUSE**. A hearing date will then be set by a separate order.

October 6, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

0|16