**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL**

**ADRIENNE GALLUSSER, et al.,** **Plaintiffs,**

**v.**

**THE SILLY AXE CAFÉ, LLC, et al.,** **Defendants.**

**ORDER**

The undersigned held a telephonic status conference in this matter on October 2, 2026. The Parties indicated that although they previously reached a settlement in principle on the material terms necessary to resolve this matter, they had been unable to finalize a written agreement and could not tender a proposed agreed order dismissing the action. Defendant's counsel indicated that there was difficulty contacting his client and that he recently filed a motion to withdraw as counsel. (DN 74.) The Court advised that before it made a ruling on Defendant's counsel's motion to withdraw, it would direct the Parties (counsel and clients) to appear in-person to show cause why this action should not be recommended for dismissal for failure to prosecute. The Court requested that the Parties confer and notify the Court of their availability for the same, which they have done.

Accordingly,

IT IS HEREBY ORDERED that the Parties shall appear in-person to **SHOW CAUSE** on **October 29, 2026, at 11:00 AM Eastern Time Zone, at the Gene Snyder United States Court**

**House on 601 W. Broadway in Louisville, KY 40202-2227.**

Colin H Lindsay, Magistrate Judge
United States District Court

October 20, 2026

cc: Counsel of record