IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of all Others Similarly Situated** **PLAINTIFFS**

vs. No. 3:22-cv-675-RGJ

**THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE** **DEFENDANTS**

**<u>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiffs Adrienne Gallusser and Lydia Smith and Defendants The Silly Axe Café, LLC and Angela Pike, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this entire action, including all claims against all Defendants, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**ADRIENNE GALLUSSER and LYDIA SMITH, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*Lead Counsel for Plaintiffs*

**THE LAWRENCE FIRM, PSC**

Anne L. Gilday
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
anne.gilday@lawrencefirm.com

**and DEFENDANTS THE SILLY AXE CAFÉ, LLC, and ANGELA PIKE**

MCCLAIN LAW GROUP, PLLC
6008 Brownsboro Park Blvd., Ste. G
Louisville, Kentucky 40207
Telephone: (502) 589-1004
Facsimile: (888) 210-0145

*/s/ Michael W. McClain*
Michael W. McClain
mmcclain@mcclainlawgroup.com

*Counsel for Defendants*