**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00675-RGJ-CHL**

**ADRIENNE GALLUSSER, et al.,** **Plaintiffs,**

**v.**

**THE SILLY AXE CAFE, LLC, et al.,** **Defendants.**

**ORDER**

Before the Court is the Joint Stipulation of Dismissal Without Prejudice filed by the Parties. (DN 77.) The Parties state that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), they hereby stipulate to the dismissal of this entire action, including all claims against Defendants, without prejudice, with each party to bear its own costs and attorney's fees.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED that Defendant's counsel's Motion to Withdraw as Attorney (DN 74) is **DENIED** as moot.

IT IS FURTHER ORDERED that the show-cause hearing set for **October 29, 2026**, at **11:00 AM ET** is **REMANDED** from the Court's docket.

Colin H Lindsay, Magistrate Judge
United States District Court

October 27, 2026

cc: Counsel of record